UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAFAEL BEAN,

    Plaintiff,

v.                                                                Case No. 2:04-cv-230
                                                                 HON. R. ALLAN EDGAR

SANDRA MONROE, et al.,

    Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS **ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (Docket #53) is **APPROVED and ADOPTED** as the opinion of the Court.

2. Defendants' Motion for Dismissal and/or Summary Judgment (Docket #36) is **GRANTED** and this case is **DISMISSED** in its entirety.

3. The Court can discern no good-faith basis for an appeal. Accordingly, an appeal of this action would not be taken in good faith.

Dated: *March 8, 2006*                                  */s/ R. Allan Edgar*
                                                                               R. ALLAN EDGAR
                                                                               UNITED STATES DISTRICT JUDGE